AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Darwin Arley Sanchez-Bernal<br><br>Defendant(s) | )<br>)<br>)  Case No. 4:26mj3<br>)<br>)<br>) |

**FILED**
JAN - 9 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 8, 2026** in the county of **York** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 111 (a)(1) | Assaulting, Resisting, or Impeding Certain Officers |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed and approved:

_/s/ Brian J. Samuels_
Brian J. Samuels, AUSA

_Complainant's signature_

Special Agent Erick X. Nuñez, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 01/09/2026

_Judge's signature_

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
_Printed name and title_