IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.

DARWIN ARLEY SANCHEZ-BERNAL,

Defendant.

Case No. 4:26-mj-3



FILED

JAN - 9 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

Your affiant, Erick X. Nuñez, being duly sworn and deposed, states as follows:

### INTRODUCTION

1. Your affiant is a Special Agent (S/A) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and is an investigative or law enforcement officer of the United States (U.S.) within the meaning of Title 18, United States Code (U.S.C.), Section (§) 2510(7) and is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, U.S.C., § 2516 and is cross-designated with Title 21 authority.

2. Your affiant was previously employed as a Master Police Detective with the Newport News Police Department (NNPD), in Newport News, Virginia for approximately seven years. Your affiant attended and graduated a Basic Law Enforcement Training Academy and received training and has participated in investigations of various local, state, and federal laws. Your affiant is currently employed as a S/A with HSI and is assigned to the Office of the Assistant Special Agent in Charge, Norfolk, Virginia (VA). Your affiant has been employed by HSI since

1

May 2023, during which time your affiant completed the Criminal Investigator Training Program and the HSI Special Agent Training programs at the Federal Law Enforcement Training Center.

3. Your affiant has probable cause to believe that **Darwin Arley SANCHEZ-BERNAL** (hereinafter referred to as **SANCHEZ-BERNAL**) has committed the following offense in violation of federal law: Forcibly Resist, Oppose, Impede, and Interfere with Any Person Designated in 18 U.S.C. § 1114, in violation of 18 U.S.C. § 111(a)(1).

4. The facts and information contained in this Affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This Affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On Thursday, January 8, 2026, members of the investigative team, including several Deportation Officers ('D/O') of Immigration and Customs Enforcement's ('ICE') Enforcement and Removal Operations ('ERO'), were conducting surveillance of a red Ford F-150 pick-up truck, bearing Virginia Registration TAK-2231. The registered owner of this vehicle was identified to be unlawfully present in the United States.

6. While conducting surveillance, ERO followed the vehicle from the area of J. Clyde Morris Boulevard, Newport News, Virginia 23601 to an area of Tranquility Drive, Williamsburg, Virginia 23185. While in the area of Tranquility Drive, an ERO D/O, C.C., activated the emergency red and blue lights in their police vehicle in an attempt to stop the F-150 to investigate the immigration violations.

7. As emergency equipment was activated, C.C. drove to the left of the F-150 in an attempt to pass the F-150 to prevent the vehicle from fleeing. Other law enforcement vehicles were behind the F-150 with emergency lights activated. As C.C. was attempting to pass the F-150, the driver of the F-150 turned their vehicle into C.C.'s vehicle, causing damage to the driver's front fender of C.C.'s vehicle. Several law enforcement vehicles belonging to the investigative team, with their emergency lights activated, followed the F-150, as it accelerated to speeds above sixty (60) miles per hour in a residential neighborhood in an attempt to actively evade law enforcement.

8. After a chase lasting approximately one minute in length, the F-150 left the neighborhood street and crashed into the front of a residence on Woodcreek Road, Williamsburg, Virginia 23185, within York County, in the Eastern District of Virginia. This impact caused visible structural damage to the residence, a single-family home. Five occupants of the vehicle exited from the F-150 and fled on foot through the yard of the residence toward a wooded area.

9. The investigative team gave chase and attempted to detain the occupants of the vehicle. ERO D/O C.C. attempted to detain a passenger, who was later identified as **SANCHEZ-BERNAL**. While attempting to detain **SANCHEZ-BERNAL**, C.C. took **SANCHEZ-BERNAL** to the ground to physically secure him. While attempting to secure **SANCHEZ-BERNAL**, C.C. gave several commands to "Get down" and several commands to put his hands behind his back. During this altercation, C.C. was physically struck in the face by **SANCHEZ-BERNAL**. As a result, C.C. had a visible mark underneath C.C.'s right nostril and above his lip. C.C. had to utilize strikes and receive assistance from a Special Agent of the Bureau of Alcohol, Firearm, Tobacco, and Explosives to ultimately take **SANCHEZ-BERNAL** into custody.

10. A search of law enforcement databases revealed that **SANCHEZ-BERNAL** was unlawfully present in the United States, having entered the United States without being properly inspected and admitted.

11. During this incident, C.C. was wearing his issued external ballistic carrier, displaying the words "POLICE" displayed on the front and the back, as well as displaying his badge of authority. C.C. is a law enforcement officer with ICE ERO, and is designated in 18 U.S.C. § 1114, and was engaged in his official duties at the time.

## CONCLUSION

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 8, 2026, in York County, Virginia, within the Eastern District of Virginia, **Darwin Arley SANCHEZ-BERNAL**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: ICE ERO Deportation Officer C.C., while engaged in their official duties, and caused physical contact, in violation of 18 U.S.C. § 111(a)(1).

13. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for **Darwin Arley SANCHEZ-BERNAL**.

Respectfully submitted,

Erick X. Nuñez, Special Agent
Homeland Security Investigations,
Norfolk, Virginia

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Brian J. Samuels.

Brian J. Samuels
Assistant United States Attorney

Sworn to and subscribed before me this 9th day of January 2026.

The Honorable Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia